Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 18-27841 (ABA)**

Steven G. Calabrese  
18 North Holly Avenue  
Maple Shade, NJ  08052

Monthly Payment: $547.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10/12/2018 | $547.00 | 11/20/2018 | $47.00 | 11/20/2018 | $500.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEVEN G. CALABRESE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KEVIN E. ABERANT, ESQUIRE | 13 | $1,500.00 | $1,237.86 | $262.14 | $1,004.30 |
| 1 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ROUNDPOINT MORTGAGE SERVICING CORPORATION | 24 | $26,698.25 | $0.00 | $26,698.25 | $0.00 |
| 3 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Kevin E. Aberant | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2018 | 60.00 | $547.00 |
| 10/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,094.00 |
| Total paid to creditors this period: | $1,004.30 |
| Undistributed Funds on Hand: | $233.56 |
| Arrearages: | $1,132.16 |
| Attorney: | KEVIN E. ABERANT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**