Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-27841 (ABA)**

Steven G. Calabrese  
18 North Holly Avenue  
Maple Shade, NJ  08052

Monthly Payment: $547.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2019 | $127.21 | 01/17/2019 | $127.21 | 01/24/2019 | $127.21 | 01/30/2019 | $127.21 |
| 02/14/2019 | $254.42 | 02/20/2019 | $127.21 | 02/28/2019 | $127.21 | 03/11/2019 | $127.21 |
| 03/18/2019 | $127.21 | 03/22/2019 | $127.21 | 03/29/2019 | $127.21 | 04/18/2019 | $381.63 |
| 04/26/2019 | $127.21 | 05/14/2019 | $127.21 | 05/17/2019 | $254.42 | 05/22/2019 | $127.21 |
| 05/30/2019 | $127.21 | 06/10/2019 | $127.21 | 06/13/2019 | $127.21 | 06/20/2019 | $127.21 |
| 07/01/2019 | $127.21 | 07/08/2019 | $127.21 | 07/12/2019 | $127.21 | 07/22/2019 | $127.21 |
| 07/25/2019 | $127.21 | 08/01/2019 | $127.21 | 08/08/2019 | $127.21 | 08/16/2019 | $127.21 |
| 08/22/2019 | $127.21 | 08/30/2019 | $127.21 | 09/10/2019 | $127.21 | 09/12/2019 | $127.21 |
| 09/18/2019 | $127.21 | 09/26/2019 | $127.21 | 10/04/2019 | $127.21 | 10/11/2019 | $127.21 |
| 10/16/2019 | $127.21 | 10/24/2019 | $127.21 | 10/31/2019 | $127.21 | 11/13/2019 | $127.21 |
| 11/18/2019 | $127.21 | 11/25/2019 | $127.21 | 12/02/2019 | $127.21 | 12/11/2019 | $127.21 |
| 12/11/2019 | $127.21 | 12/20/2019 | $127.21 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEVEN G. CALABRESE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KEVIN E. ABERANT, ESQUIRE | 13 | $1,500.00 | $1,500.00 | $0.00 | $495.70 |
| 1 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ROUNDPOINT MORTGAGE SERVICING CORPORATION | 24 | $26,698.25 | $5,232.13 | $21,466.12 | $4,762.97 |
| 3 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Kevin E. Aberant | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2018 | 9.00 | $0.00 |
| 07/01/2019 | Paid to Date | $4,528.67 |
| 08/01/2019 | 50.00 | $547.00 |
| 10/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,360.50 |
| Total paid to creditors this period: | $5,258.67 |
| Undistributed Funds on Hand: | $234.58 |
| Arrearages: | $228.96 |
| Attorney: | KEVIN E. ABERANT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**