B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  STEVEN G CALABRESE ,    Case No.  18-27841-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Freedom Mortgage Corporation | RoundPoint Mortgage Servicing Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764
Phone:  855-690-5900
Last Four Digits of Acct #:  9529

Court Claim # (if known):  1-1
Amount of Claim:  $176,877.42
Date Claim Filed:  10/24/2018

Phone:  877-426-8805
Last Four Digits of Acct. #:  0860

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ ReShaundra M. Suggs*    Date: 12/18/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Transfer of Claim was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail through CM/ECF this date.

Date:  12/18/2020

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Kevin E. Aberant
Taenzer, Ettenson, Stockton & Aberant,PC
123 N. Church St.
PO Box 237
Moorestown, NJ 08057

Steven G. Calabrese
18 North Holly Avenue
Maple Shade, NJ 08052

 

Choice Legal Group, P.A.
P.O. Box 771270
Coral Springs, FL 33077
Telephone: (954) 453-0365/1-800-441-2438
Facsimile:  (954) 771-6052
ecfnotice@clegalgroup.com

By: */s/ ReShaundra M. Suggs*
ReShaundra M. Suggs