Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-27841 (ABA)**

Steven G. Calabrese  
18 North Holly Avenue  
Maple Shade, NJ  08052

Monthly Payment: $547.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2020 | $127.21 | 01/06/2020 | $127.21 | 01/13/2020 | $127.21 | 01/16/2020 | $127.21 |
| 01/24/2020 | $127.21 | 02/04/2020 | $127.21 | 02/07/2020 | $127.21 | 02/07/2020 | $127.21 |
| 02/21/2020 | $127.21 | 02/27/2020 | $127.21 | 03/09/2020 | $127.21 | 03/12/2020 | $127.21 |
| 03/19/2020 | $127.21 | 03/31/2020 | $127.21 | 04/06/2020 | $127.21 | 04/20/2020 | $127.21 |
| 04/20/2020 | $127.21 | 05/05/2020 | $127.21 | 05/05/2020 | $127.21 | 05/11/2020 | $127.21 |
| 05/18/2020 | $127.21 | 05/26/2020 | $127.21 | 06/08/2020 | $127.21 | 06/15/2020 | $127.21 |
| 06/22/2020 | $127.21 | 06/22/2020 | $127.21 | 06/29/2020 | $127.21 | 07/07/2020 | $127.21 |
| 07/10/2020 | $127.21 | 07/16/2020 | $127.21 | 07/28/2020 | $127.21 | 08/04/2020 | $127.21 |
| 08/17/2020 | $127.21 | 08/17/2020 | $127.21 | 08/25/2020 | $127.21 | 08/31/2020 | $127.21 |
| 09/09/2020 | $127.21 | 09/21/2020 | $127.21 | 09/21/2020 | $127.21 | 09/28/2020 | $127.21 |
| 10/06/2020 | $127.21 | 10/13/2020 | $127.21 | 10/15/2020 | $127.21 | 10/23/2020 | $127.21 |
| 10/29/2020 | $127.21 | 11/13/2020 | $127.21 | 11/13/2020 | $127.21 | 11/23/2020 | $127.21 |
| 11/30/2020 | $127.21 | 12/03/2020 | $127.21 | 12/09/2020 | $127.21 | 12/17/2020 | $127.21 |
| 12/28/2020 | $127.21 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEVEN G. CALABRESE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KEVIN E. ABERANT, ESQUIRE | 13 | $1,500.00 | $1,500.00 | $0.00 | $495.70 |
| 1 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | FREEDOM MORTGAGE CORPORATION | 24 | $26,698.25 | $10,856.66 | $15,841.59 | $4,762.97 |
| 3 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Kevin E. Aberant | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2018 | 9.00 | $0.00 |
| 07/01/2019 | Paid to Date | $4,528.67 |
| 08/01/2019 | 50.00 | $547.00 |
| 10/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,742.13 |
| Total paid to creditors this period: | $5,258.67 |
| Undistributed Funds on Hand: | $699.12 |
| Arrearages: | ($368.96) |
| Attorney: | KEVIN E. ABERANT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**