Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-27841 (ABA)**

Steven G. Calabrese  
18 North Holly Avenue  
Maple Shade, NJ  08052

Monthly Payment: $547.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | $127.21 | 01/14/2021 | $127.21 | 01/14/2021 | $127.21 | 01/21/2021 | $127.21 |
| 01/27/2021 | $127.21 | 02/11/2021 | $127.21 | 02/11/2021 | $127.21 | 02/24/2021 | $127.21 |
| 02/25/2021 | $127.21 | 03/04/2021 | $127.21 | 03/11/2021 | $127.21 | 03/18/2021 | $127.21 |
| 03/25/2021 | $127.21 | 04/01/2021 | $127.21 | 04/15/2021 | $127.21 | 04/28/2021 | $127.21 |
| 04/28/2021 | $127.21 | 04/29/2021 | $127.21 | 05/06/2021 | $127.21 | 05/13/2021 | $127.21 |
| 05/20/2021 | $127.21 | 05/27/2021 | $127.21 | 06/03/2021 | $127.21 | 06/10/2021 | $127.21 |
| 06/21/2021 | $127.21 | 06/24/2021 | $127.21 | 07/01/2021 | $127.21 | 07/15/2021 | $127.21 |
| 07/22/2021 | $127.21 | 07/26/2021 | $127.21 | 07/29/2021 | $127.21 | 08/05/2021 | $127.21 |
| 08/12/2021 | $127.21 | 08/19/2021 | $127.21 | 08/26/2021 | $127.21 | 09/02/2021 | $127.21 |
| 09/09/2021 | $127.21 | 09/16/2021 | $127.21 | 09/23/2021 | $127.21 | 10/01/2021 | $127.21 |
| 10/13/2021 | $127.21 | 10/18/2021 | $127.21 | 10/25/2021 | $127.21 | 10/28/2021 | $127.21 |
| 11/04/2021 | $127.21 | 11/12/2021 | $127.21 | 11/18/2021 | $127.21 | 11/29/2021 | $127.21 |
| 12/02/2021 | $127.21 | 12/09/2021 | $127.21 | 12/16/2021 | $127.21 | 12/23/2021 | $127.21 |
| 12/30/2021 | $127.21 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEVEN G. CALABRESE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAENZER, ETTENSON & ABERANT, P.C. | 13 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 1 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | FREEDOM MORTGAGE CORPORATION | 24 | $26,698.25 | $16,915.70 | $9,782.55 | $6,093.69 |
| 3 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Kevin E. Aberant | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2018 | 9.00 | $0.00 |
| 07/01/2019 | Paid to Date | $4,528.67 |
| 08/01/2019 | 50.00 | $547.00 |
| 10/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,742.13 |
| Total paid to creditors this period: | $6,093.69 |
| Undistributed Funds on Hand: | $815.64 |
| Arrearages: | ($547.09) |
| Attorney: | TAENZER, ETTENSON & ABERANT, P.C. |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**